# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **HUSAM M. AZZAM** ) | |
| ) | **Case No. 07-16591-RS** |
| **Debtor** ) | |

## RULE 2016(b) STATEMENT OF ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. §329 and Rule of Bankruptcy Procedure, 2016(b), the undersigned, proposed counsel for Husam M. Azzam (the "Debtor"), makes this statement setting forth the compensation paid or agreed to be paid to the undersigned for services rendered or to be rendered in contemplation of and in connection with the case by the undersigned, and the source of such compensation.

1. The firm of Hanify & King, Professional Corporation ("Hanify & King") has agreed to act as counsel on behalf of the Debtor. Prior to the filing of the Debtor's bankruptcy petition, Hanify &King was provided with $18,215.50 by the Debtor to secure Hanify & King's fees and expenses in the above proceedings or in contemplation thereof. The Debtor has also provided the $1,039.00 filing fee for his Chapter 11 petition.

2. I have not, nor has any member of Hanify & King, agreed to share with any person (except members of Hanify & King) the compensation to be paid for the services rendered in this case.

3. Hanify & King shall amend this statement immediately upon learning that any of the within representations are incorrect or that there is any change in the circumstance relating thereto.

4.  Hanify & King has not received any payment for its services in the above-captioned proceedings other than as described above.

HANIFY & KING, P.C.

/s/ D. Ethan Jeffery
D. Ethan Jeffery (BBO # 631941)
HANIFY & KING,
Professional Corporation
One Federal Street
Boston, MA  02110
(617) 423-0400 (telephone)
(617) 423-0498 (facsimile)
dej@hanify.com

Dated: November 12, 2007
::ODMA\PCDOCS\DOCS\476441\1